111 F.3d 125
 Joseph Carbone, Kristin Carbone, Scott Carbone, Stacy Carbone
v.
Recycling Specialists, Inc., Classic Sanitation Company,
Inc., of Saddle Brook, New Jersey, Franch Chiaia, Catherine
Chiaia, David Granatell, Recycling Specialists, Inc.,
Classic Sanitation Company, Inc. of Saddlebrook, New Jersey
v. Joseph Carbone, Joseph Carbone, Jr.
 NO. 96-5333
 United States Court of Appeals,
Third Circuit.
 Mar 17, 1997
 
 Appeal From: D.N.J. ,No.94cv00041 ,
 Pisano, J.
 
 
 1
 Affirmed.